UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM R. RAY,

    Plaintiff,

v.                                Case No. 5:22-cv-58-TKW/MJF

WARDEN, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Because Plaintiff has failed to pay the filing fee or properly move for leave to proceed *in forma pauperis*, the undersigned respectfully recommends that the District Court dismiss this case without prejudice.

On March 11, 2022, the undersigned ordered Plaintiff to pay the filing fee or move for leave to proceed *in forma pauperis*. Doc. 4. The undersigned provided Plaintiff until April 11, 2022, to comply. The undersigned also warned Plaintiff that the failure to comply with the order likely would result in dismissal of this case. *Id.*

In response to the undersigned's order to show cause, Plaintiff requested an extension of time to comply. Doc. 5; Doc. 6. The undersigned provided Plaintiff until July 6, 2022, to pay the filing fee or properly move for leave to proceed *in forma pauperis*. Doc. 7. As of this date of report and recommendation, Plaintiff has not complied with the undersigned's order.

Accordingly, the undersigned respectfully **RECOMMENDS** that the District Court:

1.    **DISMISS** without prejudice this action for Plaintiff's failure to comply with a court order, failure to prosecute, and failure to pay the filing fee;[1] and

2.    Direct the clerk of the court to close the case.

At Pensacola, Florida this 22nd day of July, 2022.

                                         /s/ *Michael J. Frank*
                                         **Michael J. Frank**
                                         **United States Magistrate Judge**

## NOTICE TO THE PARTIES

**The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters.** See **N.D. Fla. Loc. R. 72.2(C);** see also **28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b). Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation**

---

[1] Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); *Wilson v. Sargent*, 313 F.3d 1315, 1320-21 (11th Cir. 2002) (noting that courts may dismiss a prisoner's case for failing to pay the initial partial filing fee after issuing an order to show cause); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

**waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**