UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIAM R. RAY,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No.  5:22-cv-58-TKW-MJF**

**WARDEN, et al.,**

    **Defendants.**
_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 8).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders, failure to prosecute, and failure to pay the filing fee.  Accordingly, it is **ORDERED** that:

1.　　The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.　　This case is **DISMISSED** without prejudice.

3.　　The Clerk shall close the case file.

**DONE and ORDERED** this 15th day of August, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**